UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AARON SARNACKI,                          )
Derivatively on Behalf of                )
Smith & Wesson Holding Corp.,            )
      Plaintiff                         )
                                         )
      v.                                ) C.A. 11-cv-30009-MAP
                                         )
MICHAEL F. GOLDEN, ET AL.,               )
      Defendants                        )

MEMORANDUM AND ORDER REGARDING
PLAINTIFF'S MOTIONS TO COMPEL AND
FOR ORDER ENTERING REVISED SCHEDULING ORDER
(Dkt. Nos. 49, 52 & 60)

January 15, 2013

PONSOR, U.S.D.J.

    Counsel appeared on January 15, 2013 for argument on Plaintiff's three pending motions. The court's rulings are as follows.

    The Motion to Compel Responses to Interrogatories (Dkt. No. 49) and the Motion to Compel Production of Documents (Dkt. No. 52) are hereby DENIED, except that Defendants will produce, within fourteen days of this ruling, copies of any so-called "tolling" agreements entered into in connection with earlier related litigation. The court's ruling is based on two considerations. First, the interrogatories and requests are overbroad, extending well beyond the intent of the court in permitting limited discovery. Second, Defendants have made substantial disclosures sufficient to permit Plaintiff to

build an adequate record with regard to the good faith, independence, and reasonableness of the Special Litigation Committee.

The Motion for Revised Scheduling Order (Dkt. No. 60) is hereby ALLOWED. Depositions relating to the issue identified in the court's March 29, 2012 memorandum (Dkt. No. 38) will be completed by April 19, 2013.

During oral argument on January 15, both counsel identified issues related to attorney-client privilege that might bedevil the depositions. To the extent that either side believes that a ruling prior to the commencement of the depositions may be helpful and appropriate, an appropriate motion may be filed seeking such a ruling.

In the alternative, the parties may wish to commence the depositions and complete as much of them as possible before addressing the court with regard to disputed issues.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge