# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON SARNACKI, Derivatively on Behalf of Smith & Wesson Holding Corp.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. GOLDEN; et al.<br><br>Defendants,<br><br>and<br><br>SMITH & WESSON HOLDING CORP., a Nevada corporation<br><br>Nominal Defendant. | Case No. 3:11-cv-30009-MAP |

**5·6·13**

### [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE

This matter, having come before the Court on the parties' Joint Stipulation to Set Briefing Schedule,

IT IS HEREBY ORDERED as follows:

1. The parties' Joint Stipulation to Set Briefing Schedule is GRANTED.

2. Plaintiff shall have until May 9, 2013, to file his opposition to Defendants' Motion to Quash Plaintiff's Notice of Subpoena to Special Litigation Committee Counsel and for a Protective Order.

3. Defendants' renewed motion to dismiss will be filed either: (i) within thirty (30) days after entry of an order granting the Motion to Quash; or (ii) if the Motion to Quash is denied, within thirty (30) days after the conclusion of Mr. Pucci's deposition.

SO ORDERED.

DATED: May **6**, 2013          By: /s/ Michael A. Ponsor
                                    HON. MICHAEL A. PONSOR
                                    UNITED STATES DISTRICT JUDGE