# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON SARNACKI,<br>Derivatively on Behalf of<br>Smith & Wesson Holding Corp.,<br>    Plaintiff<br><br>        v.<br><br>MICHAEL F. GOLDEN, ET AL.,<br>    Defendant | )<br>)<br>)<br>)<br>)  **C. A. NO.** <u>3:11-cv-30009-MAP</u><br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Michael F. Golden, against the plaintiff Aaron Sarnacki, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary dismissal.

                            **ROBERT M. FARRELL**,
                            CLERK OF COURT

Dated: <u>March 12, 2014</u>         By /s/ *Maurice G. Lindsay*
                            Maurice G. Lindsay
                            Deputy Clerk

(Civil Judgment (Routine) 6.wpd - 11/98)
         [jgm.]